**Maria VELASQUEZ, et al.,
Plaintiffs-Appellants,**

v.

**The CITY OF ABILENE, TEXAS, et
al., Defendants-Appellees.**

**No. 85–1347.**

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 1986.

William O. Garrett, Dallas, Tex., Gilbert Rodriguez, Abilene, Tex., for plaintiffs-appellants.

Marshall Harvey Cargill, Jr., City Atty., Karen Lois Anderson, Asst. City Atty., Abilene, Tex., for defendants-appellees.

Before WISDOM, REAVLEY, and JOHNSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is vacated and the case is remanded to the district court for reconsideration in the light of *Thornburg v. Gingles,* —— U.S. ——, 106 S.Ct. 2752, 92 L.Ed.2d 25 (1986).